```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax:  (408) 535-5066
    E-Mail: meredith.edwards@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ANTONIO ROMAN-GUTIERREZ,<br><br>　　　Defendant. | No. CR 12-00547 EJD<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>AUGUST 6, 2012 TO AUGUST 20, 2012 |

**STIPULATION**

The defendant, ANTONIO ROMAN-GUTIERREZ, represented by Assistant Federal Public Defender Cynthia Lie, and the government, represented by Special Assistant United States Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, August 6, 2012, at 1:30 p.m., shall be continued to Monday, August 20, 2012, at 1:30 p.m.  Additional discovery has been requested and, once received, defense counsel will need the additional time to review the materials and to conduct necessary

STIPULATION
Case No. CR 12-00547 EJD

1  investigation.  Therefore, the parties request that time be excluded under the Speedy Trial Act, 18
2  U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

4  Dated: July 27, 2012                                          /s/
                                                           MEREDITH J. EDWARDS
5                                                          Special Assistant United States Attorney

7  Dated: July 27, 2012                                          /s/
                                                           CYNTHIA LIE
8                                                          Assistant Federal Public Defender

15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that |
| 3 | the time between August 6, 2012 and August 20, 2012 is excluded under the Speedy Trial Act, |
| 4 | 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the |
| 5 | failure to grant the requested continuance would unreasonably deny defense counsel reasonable |
| 6 | time necessary for effective preparation, taking into account the exercise of due diligence. |
| 7 | Furthermore, the Court finds that the ends of justice served by granting the requested continuance |
| 8 | outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore |
| 9 | concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and |
| 10 | (B)(iv). |
| 13 | IT IS SO ORDERED. |
| 15 | DATED: 7/30/2012 |
| 16 | THE HONORABLE EDWARD J. DAVILA<br>United States District Judge |